UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

GENERAL REFRACTORIES COMPANY,

                Plaintiff,

-against-

FIRST STATE INSURANCE CO., WESTPORT INSURANCE CORPORATION, f/k/a or successor to Puritan Insurance Company, LEXINGTON INSURANCE COMPANY, CENTENNIAL INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, POTOMAC INSURANCE COMPANY OF ILLINOIS, HARTFORD ACCIDENT AND INDEMNITY CO., GOVERNMENT EMPLOYEES INSURANCE CO., REPUBLIC INSURANCE COMPANY, SENTRY INSURANCE COMPANY, f/k/a or successor to Vanliner Insurance Company and f/k/a or successor to Great SW Fire Insurance Co., AMERICAN INTERNATIONAL INS. CO., AIU INSURANCE COMPANY, HARBOR INSURANCE COMPANY, ST. PAUL TRAVELERS f/k/a or successor to Aetna Casualty and Surety Company, AMERICAN EMPIRE INSURANCE CO. AND ACE USA,

                Defendants.

---

CIVIL ACTION NO. 04-3509

**DEFENDANT SENTRY INSURANCE COMPANY'S ANSWER TO CROSS-CLAIM BY ONEBEACON AMERICA INSURANCE COMPANY (SUCCESSOR TO POTOMAC INSURANCE COMPANY)**

      Defendant, SENTRY INSURANCE A MUTUAL COMPANY, s/h/a SENTRY INSURANCE COMPANY f/k/a or successor to Vanliner Insurance Company and f/k/a or successor to Great SW Fire Insurance Co., ("Sentry"), by its attorneys, Koch & Corboy and Rivkin Radler, LLP, hereby answers defendant OneBeacon's Cross-Claim as follows:

## CROSS-CLAIM

1. Sentry denies having sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the Cross-Claim.

2. Sentry denies having sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of the Cross-Claim.

3. To the extent that the allegations in paragraph 2 constitute conclusions of law, no response is required and none is made. To the extent that paragraph 2 contains factual allegations, Sentry denies them and demands strict proof thereof.

WHEREFORE, Sentry respectfully requests that:

The Court dismiss the defendant OneBeacon's Cross-Claim with prejudice, together with attorneys' fees and costs in this action and award Sentry such other and further relief as the Court deems just and proper.

By: *Wendy H. Koch*
Wendy H. Koch
I.D. 19503
KOCH *&* CORBOY
101 Greenwood Ave,, Suite 460
Jenkintown, Pennsylvania 19046
(215) 881-2280
wkoch@kochcorboy.com

M. Paul Gorfinkel
Tara L. Stagg
RIVKIN RADLER, LLP
EAB Plaza
Uniondale , New York 11556-0111
(516) 357-3000

**Attorneys for Defendant
Sentry Insurance Company**

Dated: October 12, 2004

## **CERTIFICATION OF SERVICE**

I, Wendy H. Koch, hereby certify that a true and correct copy of the Answer of Defendant, Sentry Insurance a Mutual Company, to Cross-Claims of OneBeacon America Insurance Company (successor to Potomac Insurance Company) was sent by United States Mail, postage pre-paid, to all counsel and parties listed below:

Barry L. Katz, Esquire
225 City Ave., Suite 14
Bala Cynwyd, PA 19004

Law Offices of Suzanne H. Gross
Suzanne H. Gross, Esquire
225 City Ave., Suite 14
Bala Cynwyd, PA 19004
(610) 660-8814
**Counsel for Plaintiff**

Howard M. Cyr, Esquire
Harvey Pennington Cabot Griffith
   & Renneisen, Ltd. 11
Penn Center
1835 Market Street
29th Floor
Philadelphia, PA  19103
**Counsel for Defendant First State Insurance Co.**
**Counsel for Defendant Hartford Insurance Co.**

C. Lawrence Holmes, Esquire
Dilworth, Paxson, LLP
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595
**Counsel for Defendant Westport Insurance Corporation**

Daniel G. Cedrone, Esquire
Bradley Mortensen, Esquire
Christie, Pabarue, Mortensen & Young
1880 J.F.K. Boulevard, 10th Floor
Philadelphia, PA  19103
**Counsel for Defendant Potomac Insurance Co. of Illinois**

Neil M. Day, Esquire
Coughlin Duffy Kelly Lisovicz Midlige & Wolff
350 Mt. Kemble Avenue
P.O. Box 1917
Morristown, NJ  07962-1917
**Counsel for Defendant Centennial Insurance Company**

Samuel J. Area, Jr., Esquire
Kimberly A. Hendrix, Esquire
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA  19103-7098
215-564-8000
215-564-8120 – Fax
**Counsel for Defendant, Travelers Casualty and Surety Company f/k/a The Aetna Casualty & Surety Company (incorrectly designated as St. Paul Travelers**

Marjorie A. Weiss, Esquire
White & Williams
1800 One Liberty Place
1650 Market Street
Philadelphia, PA  19103
**Counsel for Defendant, Republic Insurance Company**

Paul M. Hummer, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA  19102-2186
215-972-7788
215-972-1851 – Fax
       and
Daniel I. Schlessinger, Esquire
Lord, Bissell &  Brook LLP
115 South LaSalle Street
Suite 2900
Chicago, IL  60603
312-443-0600
312-443-6446 – fax
**Counsel for Defendant, American Empire Surplus Lines Insurance Company**

Lexington Insurance Company
100 Summer Street
Boston, MA  02110-2135

Granite State Insurance Company
70 Pine Street, 3rd Floor
New York, NY  10270

Government Employees Insurance Co.
One GEICO Plaza
Washington, D.C.  20076

American International Ins. Co.
70 Pine Street
New York, NY  10270

AIU Insurance Company
70 Pine Street, 3rd Floor
New York, NY  10270

*Wendy H. Koch*
**WENDY H. KOCH**

DATED:  October 12, 2004