IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| General Refractories Company, | : | |
| Plaintiff, | : : : | |
| v. | : : | Civil Action No.: 2:04-CV-03509 |
| First State Insurance Co., et al | : : | |
| Defendants | : | |

## NOTICE OF DISMISSAL

Pursuant to the Order of this Court dated March 31, 2005, and pursuant to F.R.C.P. 41(a)(2) and 41 (c), defendant Granite State Insurance Company dismisses, without prejudice, its Counterclaim against Plaintiff.

**Marshall, Dennehey, Warner,
Coleman and Goggin**


s/ Chester F. Darlington
Chester F. Darlington, Esquire
1845 Walnut Street, 18th Floor
Philadelphia, PA  19103
215-575-2600

Attorney for Defendants
Lexington Insurance Company, Granite
State Insurance Company, American
International Insurance Company and
AIU Insurance Company

Dated: April 15, 2005