# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL REFRACTORIES COMPANY, | Civil Action No. 04-CV-03509 |
| Plaintiff, | |
| v. | |
| FIRST STATE INSURANCE COMPANY, et al., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and AGREED, pursuant to F.R.C.P. 41(a)(1), by and between all parties through their respective counsel of record, that any and all claims of Plaintiff General Refractories Company ("Plaintiff") against Defendant OneBeacon Insurance Company (improperly identified as OneBeacon America Insurance Company as successor in interest to Potomac Insurance Company; also improperly identified as Potomac Insurance Company of Illinois) ("OneBeacon") are hereby dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED, pursuant to F.R.C.P. 41(c) and F.R.C.P. 41(a)(1), by and between all parties through their respective counsel of record, that Defendant OneBeacon dismisses, without prejudice, its Counterclaim against Plaintiff, and dismisses, without prejudice, any and all Crossclaims against all Co-Defendants. Any and all Crossclaims of any Co-Defendant against Defendant OneBeacon are hereby dismissed without prejudice.

582420_1

IT IS FURTHER STIPULATED AND AGREED that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with the claims dismissed herein.

This 25th day of January, 2008.

PLAINTIFF GENERAL REFRACTORIES COMPANY

By: _____
Barry Katz
President and General Counsel
General Refractories Company
225 City Avenue, Suite 14
Bala Cynwyd, PA 19004
Telephone: 610-660-8806
Fax: 610-660-8817

ONEBEACON INSURANCE COMPANY

By: _____
Bradley J. Mortensen
Elizabeth A. Bartman
CHRISTIE PABARUE
MORTENSEN and YOUNG, A
Professional Corporation
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
Telephone: 215-587-1600
Fax: 215-587-1699

FIRST STATE INS. CO.,
HARTFORD ACCIDENT AND
INDEMNITY CO.

By: _____
Jeremy T. Monthy
William J. Bowman
HOGAN & HARTSON LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: 202-637-5600
Fax: 202-637-5910

582420_1

TRAVELERS CASUALTY AND SURETY CO.
(f/k/a The Aetna Casualty and Surety Co. and incorrectly designated in the Complaint as "St. Paul Travelers")

By: *[signature]*
Samuel J. Arena, Jr.
Stephen B. Nolan
STRADLEY RONON STEVENS AND YOUNG, LLP
2600 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7098
Telephone: 215-564-8000
Fax: 215-564-8120

SENTRY INS. CO.

By: *[signature]*
Wendy H. Koch
Susan Simpson Brown
KOCH & DEMARCO, LLP
Jenkintown Plaza
Suite 460
101 Greenwood Avenue
Jenkintown, PA 19046
Telephone: 215-881-2280
Fax: 215-881-2200

AMERICAN EMPIRE SURPLUS LINES INS. CO.

By: *[signature]*
Daniel I. Schlessinger
Ernesto R. Palomo
LOCKE LORD BISSELL & LIDDELL, LLP
111 South Wacker Drive
Chicago, IL 60603
Telephone: 312-443-0700
Fax: 312-443-0336

WESTPORT INS. CO.

By: *[signature]*
Francis P. Maneri
C. Lawrence Holmes
DILWORTH PAXSON, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
Telephone: 215-575-7000
Fax: 215-575-7200

AMERICAN EMPIRE SURPLUS LINES INS. CO.

By: *[signature]*
Paul M. Hummer
Joseph C. Monahan
SAUL EWING LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102-2186
Telephone: 215-972-7788
Fax: 215-972-1851

THE CONTINENTAL INS. CO.
(successor-in-interest to certain policies of
insurance issued by Harbor Ins. Co.,
incorrectly sued as "Harbor Ins. Co.")

By: *Ronald P. Schiller*
Ronald P. Schiller
Nicole J. Rosenblum
DLA PIPER US LLP
One Liberty Place
Suite 4900
1650 Market Street
Philadelphia, PA 19103
Telephone: 215-656-3330
Fax: 215-606-3330

CENTENNIAL INS. CO.

By: *Karen H. Moriarty*
Karen H. Moriarty
Kevin E. Wolff
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962-1917
Telephone: 973-267-0058
Fax: 973-267-6442

GOVERNMENT EMPLOYEES INS. CO.
("GEICO"), REPUBLIC INS. CO.,
WESTCHESTER FIRE INS. CO.

By: *Marjorie A. Weiss*
Marjorie A. Weiss
Gregory T. LoCasale
Patricia B. Santelle
WHITE AND WILLIAMS LLP
1800 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: 215-864-7000
Fax: 215-864-7123

AIU INS. CO., AMERICAN
INTERNATIONAL INS. CO., GRANITE
STATE INS. CO., LEXINGTON INS. CO.

By: *Wendy E. Schultz*
Wendy E. Schultz
LYNBERG & WATKINS, P.C.
International Tower Plaza
16th Floor
888 South Figueroa Street
Los Angeles, CA 90017
Telephone: 213-624-8700
Fax: 213-892-2763