IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GENERAL REFRACTORIES COMPANY      :          CIVIL ACTION
                                             :
                 v.                          :
                                             :
FIRST STATE INSURANCE CO., et al.          :          No. 04-3509


## ORDER

AND NOW, this 20th day of June, 2011, "Plaintiff General Refractories Company's

Motion for Partial Summary Judgment Against Defendant AIU Insurance Company" (doc.

no. 278) is granted. A memorandum accompanies this order.




                         BY THE COURT:

                         /s/ Edmund V. Ludwig
                         Edmund V. Ludwig, J.