IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GENERAL REFRACTORIES COMPANY      :          CIVIL ACTION
                                    :
               v.                     :
                                    :
FIRST STATE INSURANCE CO., et al.      :          No. 04-3509


## ORDER

AND NOW, this 20th day of June, 2011, "Plaintiff General Refractories Company's

Motion for Partial Summary Judgment Against Defendant Lexington Insurance Company"

(doc. no. 277) is granted.  A memorandum accompanies this order.




BY THE COURT:

 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.