IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |
| (Lexington Insurance Company and | : | |
| AIU Insurance Company) | : | |

### ORDER

AND NOW, this 27th day of January, 2012, "Plaintiff General Refractories Company's Motion for Partial Summary Judgment Against Lexington Insurance Company and AIU Insurance Company as to Their Counterclaims of Reformation and Rescission" (doc. no. 315) is granted. The counterclaims for reformation and rescission asserted by defendants Lexington Insurance and AIU Insurance Company (doc. no. 284 at 29-37) are dismissed with prejudice, and their cross-motion (doc. nos. 360, 361 (sealed)) is denied.

A memorandum accompanies this order.

BY THE COURT:

 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.