IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |
| (Granite State Insurance Company | : | |
| Applicant for Intervention ) | : | |

## ORDER

AND NOW, this 27th day of January, 2012, the "Motion of Granite State Insurance Company to Intervene as a Defendant" (doc. no. 389) is denied.

A memorandum accompanies this order.

BY THE COURT:

 /s/   Edmund V. Ludwig
Edmund V. Ludwig, J.