IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |
| (Granite State Insurance Company | : | |
| Applicant for Intervention ) | : | |

## ORDER

AND NOW, this 7th day of February, 2012, the decision in this case dated January 27, 2012 is vacated, and the accompanying revised decision is now substituted.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.