IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |

## ORDER

AND NOW, this 21st day of February, 2012, the following are denied:

- "Plaintiff General Refractories Company's Motion for Summary Judgment Against All Defendants (doc. nos. 311, 312 (sealed)).

- "Hartford Accident and Indemnity Company and First State Insurance Company's Cross-Motion for Summary Judgment on Regulatory Issues (doc. nos. 321, 323 (sealed)).

- "Lexington Insurance Company and AIU Insurance Company's Joinder in Hartford and First State's Opposition to Plaintiff's Motion for Summary Judgment Against All Defendants and Cross-Motion for Summary Judgment on Regulatory Issues" (doc. nos. 322, 366).

- "Certain Defendants' Motion for Partial Summary Judgment Regarding Plaintiff's Claim That Defendants' Asbestos-Related Exclusions Are Invalid and Unenforceable" (doc. no. 324 (sealed)).

- "Defendants' Motion to Strike and Disregard the Declaration of Michael R. Powers, Ph.D." (doc. no. 354).

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.