IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GENERAL REFRACTORIES COMPANY : CIVIL ACTION
:
v. :
:
FIRST STATE INSURANCE CO., et al. : No. 04-3509

## ORDER

AND NOW, this 26th day of March, 2012, "Defendants' Motion for Summary Judgment Based on Plaintiff's Lack of Damages" (doc. no. 346 (sealed)) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.