IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| v. | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |

## ORDER

AND NOW, this 13th day of April, 2012, the following is ordered:

- "Hartford Accident and Indemnity Company and First State Insurance Company's Motion for Leave to File a Reply" (doc. no. 431) is granted; and

- "Hartford Accident and Indemnity Company and First State Insurance Company's Motion for Reconsideration of the Court's Memorandum Entered on February 21, 2012" (doc. no. 423) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.