IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |

## **ORDER**

AND NOW, this 19th day of April, 2012, the following is ordered:

- "Certain Defendants' Motion for Leave to File Reply Memorandum" (doc. no. 430) is granted; and

- "Certain Defendants' Motion for Reconsideration of the Court's Order and Opinion Entered on February 22, 2012" (doc. no. 422) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.