IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| v. | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |

## ORDER

AND NOW, this 26th day of April, 2012, the following is ordered:

- "Defendants Lexington Insurance Company's and AIU Insurance Company's Motion for Leave to File Reply Memorandum" (doc. no. 425) is granted; and

- "Defendants Lexington Insurance Company's and AIU Insurance Company's Motion for Reconsideration of the Court's Order and Opinion Entered on January 30, 2012" (doc. no. 413) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.