IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| v. | : | |
| FIRST STATE INSURANCE CO., et al. | : | No. 04-3509 |

### ORDER

AND NOW, this 10th day of May, 2012, upon request of counsel, the Clerk of Court is directed to terminate the appearances of Marjorie T. Weiss, Esquire and James F. McNaboe, Esquire as counsel of record in this action.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.