IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY, | : | |
| | : | Civil Action No. 04-CV-3509 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FIRST STATE INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Patricia B. Santelle, Esquire on behalf of the following defendants:

- AIU Insurance Company;

- Continental Insurance Company, as successor-in-interest to Certain Policies Issued by Harbor Insurance Company;

- Government Employees Insurance Company;

- Lexington Insurance Company;

- Republic Insurance Company (now known as Starr Indemnity Company); and

- Westchester Fire Insurance Company (incorrectly identified as "ACE USA as successor to International Insurance Company").

                Respectfully submitted,

                **WHITE AND WILLIAMS LLP**

By:    */s/ Patricia B. Santelle*
        Patricia B. Santelle
        1650 Market Street
        One Liberty Place, Suite 1800
        Philadelphia, PA 19103
        (215) 864-7000 Telephone
        (215) 864-7123 Fax

Dated:  July 2, 2012

## CERTIFICATE OF SERVICE

I, Patricia B. Santelle, Esquire, hereby certify that the foregoing Entry of Appearance was served via ECF on July 2, 2012.

/s/ Patricia B. Santelle
Patricia B. Santelle
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103
(215) 864-7000 Telephone
(215) 864-7123 Fax

9463794v.1