UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDMUND V. LUDWIG
Judge

5118 United States Courthouse
Independence Mall West
Philadelphia, PA 19106-1775
(215) 580-2030
(215) 580-2142 FAX

## NOTICE

RE:    GENERAL REFRACTORIES v. FIRST STATE INSURANCE CO., et al.
       CIVIL ACTION NO. 04-cv-3509

Counsel for plaintiff, Michael Conley, and counsel for defendants,

Lexington Insurance Company and AIU Insurance Company, Gregory LoCasale, are

informed that Diane M. Welsh of JAMS (215-246-9494) is available on December 1,

2012, and counsel should contact her today to hold that date.   Advise chambers.

(215-580-2030).

Referral order will follow.

Very truly yours,

/s/ K. Crispell
Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:    November 9, 2012

Copies to: (by E-Mail)

- **SAMUEL J. ARENA , JR**
  sarena@stradley.com
- **MICHELE L. BACKUS**
  mbackus@goodwin.com
- **SUSAN SIMPSON BROWN**
  sbrown@kochdemarco.com
- **MICHAEL CONLEY**
  mconley@offitkurman.com
- **HOWARD M. CYR**
  hcyr@harvpenn.com
- **MICHAEL E. DIFEBBO , JR**
  difebbom@whiteandwilliams.com
- **ELIT R. FELIX , II**
  efelix@margolisedelstein.com
- **DANIEL T. FITCH**
  DFitch@stradley.com
- **ERIC A. FITZGERALD**
  eafitzgerald@mdwcg.com
- **MARC PAUL GORFINKEL**
  paul.gorfinkel@rivkin.com

- **MARK E. GOTTLIEB**
  mgottlieb@offitkurman.com
- **JOHN P. HARTLEY**
  jhartley@harvpenn.com
- **C. LAWRENCE HOLMES**
  lholmes@dilworthlaw.com,gengel@dilworthlaw.com
- **PAUL M. HUMMER**
  phummer@saul.com,rmerryfield@saul.com
- **WENDY H. KOCH**
  wkoch@kochdemarco.com
- **GREGORY T. LOCASALE**
  locasaleg@whiteandwilliams.com
- **WILLIAM T. MANDIA**
  wmandia@stradley.com,rlee@stradley.com
- **FRANCIS P. MANERI**
  fmaneri@dilworthlaw.com
- **JOSEPH COLEMAN MONAHAN**
  jmonahan@saul.com,afield@saul.com
- **KAREN H. MORIARTY**
  kmoriarty@coughlinduffy.com,kwolff@coughlinduffy.com
- **ERNESTO R. PALOMO**
  epalomo@lockelord.com
- **WILLIAM H. PILLSBURY**
  wpillsbury@offitkurman.com,rwatson-satchell@offitkurman.com
- **PAUL M. QUINONES**
  pquinones@harvpenn.com
- **JAMES J. RODGERS**
  jrodgers@dilworthlaw.com
- **JAMES P. RUGGERI**
  jruggeri@goodwin.com
- **PATRICIA B. SANTELLE**
  santellep@whiteandwilliams.com,marchianom@whiteandwilliams.com
- **DANIEL I. SCHLESSINGER**
  dschlessinger@lockelord.com,lgrabowski@lockelord.com
- **JOSHUA D. WEINBERG**
  jweinberg@goodwin.com
- **DIANE M. WELSH** dwelsh@jamsadr.com

Copies to: (by Mail)

**WILLIAM J. BOWMAN**

**JEREMY T. MONTHY**

**ANN M. UNGVARSKY**

**KEVIN E. WOLFF**