IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| General Refractories Co.,<br><br>                Plaintiff,<br><br>v.<br><br>First State Insurance Co., et al.,<br><br>                Defendants. | Civil Action No. 04-CV-3509 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff General Refractories Company ("GRC") and defendants AIU Insurance Company, Continental Insurance Company (as successor to certain policies of insurance issued by Harbor Insurance Company), Government Employees Insurance Company, Lexington Insurance Company, Republic Insurance Company (now known as Starr Indemnity Company), and Westchester Fire Insurance Company (incorrectly identified as "ACE USA as Successor to International Insurance Company") (collectively, the "Settled Carriers"), having amicably resolved their disputes at issue in this action, it is hereby stipulated and agreed: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Settled Carriers are **DISMISSED WITH PREJUDICE** from this action and all claims asserted by any party to this action against a Settled Carrier are **DISMISSED WITH PREJUDICE.** Non-settling defendant, Travelers Casualty and Surety Company, formerly known as The Aetna Casualty and Surety Co., and incorrectly designated in the Complaint as "St. Paul Travelers" may assert a claim for an apportioned share set-off under *Koppers v. Aetna Cas. & Sur. Co.*, 98 F.3d 1440 (3d Cir. 1996).

Dated: July 9, 2014

13733096v.1

| | |
|---|---|
| **OFFIT KURMAN** | **WHITE AND WILLIAMS LLP** |
| *(signature)* | *(signature)* |
| Michael Conley | Patricia B. Santelle |
| Ten Penn Center | Gregory T. LoCasale |
| 1801 Market Street | Edward M. Koch |
| Suite 2300 | Michael E. DiFebbo, Jr. |
| Philadelphia, PA 19103 | 1650 Market Street |
| Telephone: 267-338-1317 | One Liberty Place, Suite 1800 |
| Facsimile: 267-338-1335 | Philadelphia, PA 19103 |
| | Telephone: 215-864-7000 |
| *Counsel for Plaintiff General Refractories Company* | Facsimile: 215-864-7123 |

*Counsel for defendants AIU Insurance Company, Continental Insurance Company (as successor-in-interest to certain policies of insurance issued by Harbor Insurance Company), Government Employees Insurance Company, Lexington Insurance Company, Republic Insurance Company (now known as Starr Indemnity Company), and Westchester Fire Insurance Company (incorrectly identified as "ACE USA as Successor to International Insurance Company")*

**SO ORDERED BY THE COURT:**

*L. H. Restrepo (signature)*

L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE