IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-3509 |
| | : | |
| FIRST STATE INSURANCE COMPANY, et al. | : | |

*ORDER*

**AND NOW,** this 1st day of June, 2015, upon consideration of the parties' respective papers and the record,[1] it is hereby **ORDERED** that "Defendant's Motion in Limine to Preclude Plaintiff From Presenting Evidence of Damages" (doc. no. 649), which was submitted by Defendant Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company (collectively, "Travelers"), is **DENIED.**

It is further **ORDERED** and **DECLARED** that at the trial scheduled for June 15, 2015, Defendant Travelers will not be permitted to introduce into evidence any evidence or argument related to the insurance policy issued by the Insurance Company of the State of Pennsylvania to Plaintiff General Refractories Company, which policy is numbered 4485-1093 and effective for the period, August 1, 1985 to August 1, 1986.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's Motion and Brief (doc. nos. 649, 649-1), Exhibits ("Exs.") 1-11 (doc. nos. 639-3 through 649-13); Plaintiff's Response (doc. no. 654), Affidavit of Michael Conley, dated Apr. 17, 2015 (doc. no. 646), with Exs. 1-8 (doc. nos. 646-1 through 646-8); Declaration of Michael Conley, dated May 1, 2015 (doc. no. 657), with Exs. A-K (doc. nos. 657-1 through 657-11) and Defendant's Reply (doc. no. 658).