IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENERAL REFRACTORIES COMPANY** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST STATE INSURANCE CO.,** *et al.* | : | NO. 04-3509 |

# ORDER

**AND NOW,** this 11th day of June, 2015, upon consideration of the parties' respective papers and the record,[1] it is hereby **ORDERED** that "Plaintiff General Refractories Company's Motion to Preclude Travelers From Arguing That Plaintiff Must Establish Actual Payment Under the Policies Below Travelers Excess Policies Before Travelers Must Begin to Pay" (doc. no. 648), is **DENIED** as moot, for the reasons set forth in the Memorandum that accompanies this Order.

BY THE COURT:

s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion and Brief (ECF document nos. 647, 648-1); Declaration of Michael Conley, dated May 1, 2015 (doc. no. 657), with Exs. A-K (doc. nos. 657-1 through 657-11); Affidavit of Michael Conley, dated Apr. 17, 2015 (doc. no. 646), with Exs. 1-8 (doc. nos. 646-1 through 646-8); Affidavit of Michael Conley, dated Sept. 16, 2011, with Exs. 1 and 2 (doc. no. 364); and Defendant's Response (doc. no. 653).