IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL REFRACTORIES CO., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-CV-3509 |
| FIRST STATE INSURANCE CO., ET AL., | : |
| Defendants. | : |

**NOTICE OF APPEAL**

Notice is hereby given that Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company), a defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on September 9, 2015.

s/ Daniel T. Fitch
Samuel J. Arena, Jr.
Daniel T. Fitch
William T. Mandia
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
2600 One Commerce Square
Philadelphia, PA 19103
Telephone: (215) 564-8000
Facsimile: (215) 564-8120

*Counsel for Defendant, Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)*

Dated: October 5, 2015

## CERTIFICATE OF SERVICE

I, Daniel T. Fitch, certify that on this 5th day of October, 2015, I caused a true and correct copy of the foregoing Notice of Appeal to be filed with the Clerk of Court via the ECF system. The document is available for reviewing and downloading on the ECF system by all counsel of record.

/s/Daniel T. Fitch
Daniel T. Fitch

# 2608961