UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3409
_____

GENERAL REFRACTORIES COMPANY

v.

FIRST STATE INSURANCE CO; WESTPORT INSURANCE CORPORATION,
Successor to, or, f/k/a Puritan Insurance Company; LEXINGTON INSURANCE
COMPANY; CENTENNIAL INSURANCE COMPANY; HARTFORD ACCIDENT
And INDEMNITY CO; GOVERNMENT EMPLOYEES INSURANCE CO;
REPUBLIC INSURANCE COMPANY; SENTRY INSURANCE, Successor to, or,
f/k/a Vanliner Insurance Company, f/k/a Great SW Fire Insurance Co; AMERICAN
INTERNATIONAL INS. CO; AIU INSURANCE COMPANY; HARBOR
INSURANCE COMPANY; TRAVELERS CASUALTY & SURETY CO, Successor
to, or, f/k/a Aetna Casualty & Surety Company; AMERICAN EMPIRE INSURANCE
CO; WESTCHESTER FIRE INSURANCE CO

Travelers Casualty and Surety Company
(f/k/a The Aetna Casualty and Surety Company),
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Judge: Honorable L. Felipe Restrepo
D.C. No. 2:04-cv-03509
_____

Argued September 9, 2016
_____

Before: JORDAN, VANASKIE and KRAUSE, *Circuit Judges*
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania, and was argued on September 9, 2016. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on September 9, 2015 is hereby REVERSED and REMANDED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellee.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: April 21, 2017

Costs taxed in favor of Appellant in the amount of:

Brief..................................$64.80
Appendix..........................$281.50
Reply Brief.......................$48.80
　　　　　　　　　　=====
Total...............................$395.10

**Certified as a true copy and issued in lieu of a formal mandate on** June 9, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2