IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL REFRACTORIES COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| FIRST STATE INSURANCE COMPANY, | : | |
| et al. | : | NO. 04-cv-3509 |

## JUDGMENT

**AND NOW**, this 8th day of December, 2017, judgment is hereby entered in favor of Travelers Casualty & Surety Company, and against General Refractories Company, in the amount of $169,002.81.

KATE BARKMAN
Clerk of Court

By: _____
Kevin A. Dunleavy, Esquire
Staff Attorney to the Clerk of Court